JESSIE J. HAUENSTEIN, Appellant, v. JOHN L. FISHER, Respondent.— Judgment so far as appealed from reversed on the law and facts, without costs, and judgment modified so as to provide that the defendant is required to make and file a complete accounting of all moneys received by him including ten per cent of his own salary. Certain findings of fact disapproved and reversed. Memorandum: The complaint in this action is for an accounting. The answer demands judgment dismissing the complaint. No affirmative relief is asked for in the answer. The judgment appealed from includes the adjudication of issues not raised in the pleadings or litigated upon the trial. All concur. (The portion of the judgment appealed from grants to plaintiff an option to cancel a contract upon repayment of money received by her, or to require defendant to pay to plaintiff money collected or collectible, but this only on condition that plaintiff turn over a proportionate share of the stock covered by the contract.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

LEE CADLE, Respondent, v. NATIONAL ANILINE & CHEMICAL Co., INC., Appellant.— Order entered January 12, 1942, reversed on the law and facts, with ten dollars costs and disbursements, and motion denied, without costs, on the ground that no merit is shown in the application. Appeal from order denying reargument dismissed as academic. All concur. (One order grants in certain respects plaintiff's motion for a discovery and inspection and for an examination of defendant before trial in a silicosis action; the second order denies defendant's motion for a reargument.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.